[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17, 2005
THOMAS K. KAHN
CLERK

No. 04-14412
Non-Argument Calendar
_____

D.C. Docket No. 97-00196-CR-BH-2


UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                        versus

DEWAYNE ANTONIZE ADAMS,

                                                    Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 17, 2005)

Before TJOFLAT, ANDERSON and GODBOLD Circuit Judges

PER CURIAM:

Fred W. Tiemann, appointed appellate counsel for Dewayne Antonize

Adams, has filed a motion to withdraw on appeal because, in his opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Adams's revocation of supervised release and subsequent sentence is **AFFIRMED.**